```
LAWRENCE G. BROWN
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```



FILED

SEP 1 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:09 CR  00350 AWI

| UNITED STATES OF AMERICA, | ) CASE NO. |
|---|---|
| Plaintiff, | ) EX PARTE MOTION TO SEAL<br>) INDICTMENT PURSUANT |
| v. | ) TO RULE 6(e), FEDERAL<br>) FEDERAL RULES OF |
| RAMON CONTRERAS, et al. | ) CRIMINAL PROCEDURE |
| Defendants. | ) |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on September 10, 2009, charging the above defendants with a violation of Title 21, United States Code, Sections 846 and 841(a)(1) - Conspiracy to Distribute and Possess With the Intent to Distribute Methamphetamine and other charges be kept secret until the defendants named in the Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrant issued

1

1 | pursuant thereto, except when necessary for the issuance and
2 | execution of the warrant.
3 |
4 | DATED: September 10, 2009                    Respectfully submitted,
5 |                                              LAWRENCE G. BROWN
                                                 United States Attorney
6 |
                                                 By /s/ Kimberly A. Sanchez
7 |                                              KIMBERLY A. SANCHEZ
                                                 Assistant U.S. Attorney
8 |
9 | IT IS SO ORDERED this 10. day of September, 2009
10 |
11 |                                              _____
                                                  U.S. Magistrate Judge

2